ESSO STANDARD OIL COMPANY, PLAINTIFF-RESPOND-
ENT, v. WITTKOP HOLDING COMPANY, DEFENDANT-
PETITIONER.

*Messrs. Gross & Blumberg* and *Mr. Morton Stavis* for the
petitioner.

*Messrs. Stryker, Tams & Horner* for the respondent.

October 11, 1954.   Denied.

ROMEO DeVITA, PLAINTIFF-PETITIONER, v. HOUSING
AUTHORITY OF THE CITY OF PATERSON, *ET AL.*,
DEFENDANTS-RESPONDENTS.

See same case below: 31 *N. J. Super.* 394.

*Mr. Saul M. Mann* for the petitioner.

*Mr. Harry Zax* and *Mr. Ervan F. Kushner* for the respond-
ents.

October 11, 1954.   Granted.